FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
__Jonesboro__ DIVISION

__LARRY JONES__

(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

V.

__Donald Oakes__
__Ken Mitchell__
__Lawrence Vaughn__

(Enter above the full name of defendant or defendants, in this action.)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 05 1999
JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

CASE NO. J-C-99-132

This case assigned to District Judge Reasoner
and to Magistrate Judge Cavaneau

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

      Yes _____   No __✓__

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

      2. Court (if federal court, name the district; if state court, name the county: _____

         _____

-1-

V.  Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On one About 4-10-98 At Approximate 12:45 Am I was taken to the West Memphis City Jail As A Suspect in A Homicide Case, At Approximate 1:00 Am I was taken out the holding Cell for Questioning by Defendants Oakes And Mitchell, At that time, my Miranda Rights was Read to me by Defendant Mitchell. Defendant Mitchell Ask me to signed the Rights form, I Said No, I wont to See A lawyer first, the Defendants then put me in A Cell With no Bed, toilet or nothing, Just Something to Sat on, they Came back A little leater And Ask me if I wonted to make A Statement, I Said No, I wont to talk to A lawyer first, Defendant Oakes then Said you is going to talk to us, Defendant Oake

VI. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

(2) One million Dollars from each Defendant, for All pain And Suffering.

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this 30th day of March, 1999.

_____
Signature(s) of plaintiff(s)

-4-

then signed my name on the Miranda Rights form. And took me out of the cell, put handcuffs and legiorn on me, put me in a car and took me away. The Defendants first took me pass my home at 15 MacArthur. When they seen peoples from the news paper out there takeing pictures. Defendant Oakes gaped me by my neck and put me on my side in the back seat. When Defendant Oakes let me up, we was on S. Avalon St. the Defendants then pull off a side road and stoped the car. Defendants Oakes and Mitchell got out of the car asking me questions about the homicide, I told them I wanted a lawyer. The Defendants then pull me out the car. They began hiting me in the back of my head, sides, and back. The Defendants Oakes and Mitchell was saying I had killed my wife and kids, and they told me that I was going to make a statement. And they told me what I was going to say in the statement, I said I was not saying any thing untill I see a lawyer. Defendant Oakes then gave his gun to Defendant Mitchell, Defendant Oakes then took the handcuffs and the legiorn off of me, Defendant Oakes then got his gun from Defendant Mitchell. And they ordered me to run. And Defendants Oakes and Mitchell repeatly kept saying you could go. At that time its appeared that they was going to kill me. I had no reason to run from this accused offense, and I didnt wont to be killed, so I told them that I would say what they wont me to say. Defendant Oakes then put the handcuffs and legiorn back on me, and Defendants Oakes and Mitchell began hitting me again and told me every thing they wonted me to say. They took me back to the city jail. I was so hurt in pain officer had to help me out the car. When I got into the room they had me in, Defendant Vaughn came in and told me he was the supervisor of Defendants Oakes and Mitchell, I then told hem what Oakes and Mitchell had did, he only said I need to do what they said do, or the next time I go out they was going to kill me, so I did what they wonted me to do without a lawyer.

-5-